1  DANIEL J. WOODS (SBN 078638)
   THOMAS J. BENEDICT (SBN 204420)
2  J. JONATHAN HAWK (SBN 254350)
   WHITE & CASE LLP
3  633 W. Fifth Street, Suite 1900
   Los Angeles, CA 90071-2007
4  Telephone: (213) 620-7700
   Facsimile: (213) 452-2329
5  Email: dwoods@whitecase.com
   Email: tbenedict@whitecase.com
6  Email: jhawk@whitecase.com

7  Attorneys for Defendant and Counter-Claimant
   KENDRICK HOOPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RITA T. HOOPER AND LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN; RITA T. HOOPER, INDIVIDUALLY; LOUIS G. HOOPER, INDIVIDUALLY; GORDON HOOPER REAL ESTATE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>KENDRICK HOOPER, <br><br>Defendant. <br><br>KENDRICK HOOPER, <br><br>Counter-Claimant, <br><br>v. <br><br>RITA T. HOOPER AND LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN; RITA T. HOOPER, INDIVIDUALLY; LOUIS G. HOOPER, INDIVIDUALLY; GORDON HOOPER REAL ESTATE, INC., <br><br>Counter-Defendants. | CIV.: 2:08-CV-699 JAM KJM <br><br>**JOINT SUBMISSION OF STIPULATION AND ORDER TO AMEND PRE-TRIAL SCHEDULING ORDER** <br><br>Complaint Filed: March 24, 2008 <br>Status Order Issued: June 18, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiffs and counter-defendants Rita T. Hooper and Louis G. Hooper as trustees of the Gordon Hooper Real Estate, Inc. Employees' Pension and Profit Sharing Plan, Rita T. Hooper and Louis G. Hooper, as individuals, and Gordon Hooper Real Estate, Inc., by and through their attorneys, and defendant and counter-claimant Kendrick Hooper, by and through his attorneys, (collectively, the "Parties") jointly submit this stipulation and proposed order to amend the Court's Pre-Trial Scheduling Order.

WHEREAS, pursuant to the Parties' request and the Court's March 12, 2009 Order, the Parties will participate in a Settlement Conference on April 15, 2009, before Magistrate Judge Mueller;

WHEREAS, the Parties, as they attempt to informally resolve this action, agree that minor amendment of the Court's Pre-Trial Scheduling Order will minimize costs and promote judicial economy by allowing the Parties to focus on settlement prior to incurring additional costs and expenses relating to the retention of experts, completion of discovery and the deadline for submission of joint mid-litigation statements; and

WHEREAS, the Parties, by this stipulation and proposed order, do not seek to delay the trial date of this action.

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS, HEREBY STIPULATE TO AMEND THE COURT'S PRE-TRIAL SCHEDULING ORDER AS FOLLOWS:

(1) That the current date of March 16, 2009 for supplemental and rebuttal expert disclosures be amended to April 30, 2009; and

(2) That the current date of April 30, 2009 for the completion of discovery be amended to June 1, 2009.[1]

**IT IS SO STIPULATED**.

---

[1] Joint Mid-Litigation Statements will remain due fourteen (14) days prior to the close of the new discovery cutoff date of June 1, 2009.

1

JOINT STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER
CASE NO. 2:08-CV-699-JAM-KJM
LOSANGELES 810953 (2K)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | **Dated:** March 12, 2009 | **WHITE & CASE LLP** |
| 2 | | |
| 3 | | **By:** /S/ Thomas J. Benedict |
| 4 | | **Thomas J. Benedict** Attorneys for Defendant and Counter-Claimant |
| 5 | | KENDRICK HOOPER |
| 6 | **Dated:** March 12, 2009 | **LAW OFFICES OF JOSEPH W. SCALIA** |
| 7 | | |
| 8 | | **By:** /S/ Joseph Scalia (as authorized on March 12, 2009) |
| 9 | | **Joseph W. Scalia** Attorneys for Plaintiffs and Counter- |
| 10 | | Defendants |
| 11 | **Dated:** March 12, 2009 | **LAW OFFICES OF SPENCER T. MALYSIAK** |
| 12 | | |
| 13 | | **By:** /S/ Spencer T. Malysiak (as authorized on March 12, 2009) |
| 14 | | **Spencer T. Malysiak** Attorneys for Plaintiffs and Counter-Defendants |
| 15 | **Dated:** March 12, 2009 | **LAW OFFICES OF ANTHONY J. POIDMORE** |
| 16 | | |
| 17 | | **By:** /S/ Anthony J. Poidmore (as authorized on March 12, 2009) |
| 18 | | **Anthony J. Poidmore** Attorneys for Plaintiffs and Counter- |
| 19 | | Defendants |

**IT IS SO ORDERED**.

DATED: March 12, 2009

/s/ John A. Mendez
Hon. John A. Mendez

2
STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER
CASE NO. 2:08-CV-699-JAM-KJM

LOSANGELES 810953 (2K)

PDF created with pdfFactory trial version www.pdffactory.com