1   DANIEL J. WOODS (SBN 078638)
    THOMAS J. BENEDICT (SBN 204420)
2   J. JONATHAN HAWK (SBN 254350)
    WHITE & CASE LLP
3   633 W. Fifth Street, Suite 1900
    Los Angeles, CA 90071-2007
4   Telephone: (213) 620-7700
    Facsimile: (213) 452-2329
5   Email:      dwoods@whitecase.com
    Email:      tbenedict@whitecase.com
6   Email:      jhawk@whitecase.com

7   Attorneys for Defendant and Counter-Claimant
    KENDRICK HOOPER

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12
    RITA T. HOOPER AND LOUIS G. HOOPER          CIV.: 2:08-CV-699 JAM KJM
13  AS TRUSTEES OF THE GORDON HOOPER
    REAL ESTATE, INC. EMPLOYEES'               **JOINT SUBMISSION OF
14  PENSION AND PROFIT SHARING PLAN;           STIPULATION AND ORDER TO
    RITA T. HOOPER, INDIVIDUALLY; LOUIS        VACATE EXISTING PRE-TRIAL
15  G. HOOPER, INDIVIDUALLY; GORDON            SCHEDULING ORDER AND ALL
    HOOPER REAL ESTATE, INC.,                  LITIGATION DATES (as modified)**

16                                             Complaint Filed:    March 24, 2008
                     Plaintiffs,               Status Order Issued: June 18, 2008
17
          v.
18
    KENDRICK HOOPER,
19
                     Defendant.
20

21
    KENDRICK HOOPER,
22
                     Counter-Claimant,
23
          v.
24  RITA T. HOOPER AND LOUIS G. HOOPER
    AS TRUSTEES OF THE GORDON HOOPER
25  REAL ESTATE, INC. EMPLOYEES'
    PENSION AND PROFIT SHARING PLAN;
26  RITA T. HOOPER, INDIVIDUALLY; LOUIS
    G. HOOPER, INDIVIDUALLY; GORDON
27  HOOPER REAL ESTATE, INC.,

28                   Counter-Defendants.

LOSANGELES 813581 (2K)

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, plaintiffs and counter-defendants Rita T. Hooper and Louis G. Hooper as trustees of the Gordon Hooper Real Estate, Inc. Employees' Pension and Profit Sharing Plan, Rita T. Hooper and Louis G. Hooper, as individuals, and Gordon Hooper Real Estate, Inc., by and through their attorneys, and defendant and counter-claimant Kendrick Hooper, by and through his attorneys, (collectively, the "Parties") jointly submit this stipulation and proposed order to vacate the Court's existing Pre-Trial Scheduling Order and all litigation deadlines, including the April 15, 2009 settlement conference and the September 14, 2009 trial date based on defendant and counter-claimant Kendrick Hooper's death on March 23, 2009.

WHEREAS, pursuant to the Parties' request and the Court's March 12, 2009 Order, the Parties agreed to participate in a Settlement Conference on April 15, 2009, before Magistrate Judge Mueller;

WHEREAS, trial in this matter is currently scheduled for September 14, 2009;

WHEREAS, defendant and counter-claimant Kendrick Hooper passed away on Monday, March 23, 2009;

WHEREAS, Kendrick Hooper's death has raised many issues that affect this lawsuit and that the Parties need to resolve before this litigation can proceed;

WHEREAS, the Parties agree that, in light of Kendrick Hooper's recent passing and the litigation deadlines and events that are currently scheduled in this case, it is in the best interest of the Parties and the Court to vacate the dates set forth in the Pre-Trial Scheduling Order, including the Settlement Conference and Trial, to allow the Parties an opportunity to resolve the issues related to Kendrick Hooper's passing.

WHEREAS, the Parties agree that the current litigation deadlines in effect, including the April 15, 2009 settlement conference and the September 14, 2009 trial date should be vacated pending resolution of the issues raised by Kendrick Hooper's passing.

WHEREAS, the Parties respectfully request that the Court vacate the dates currently in effect pursuant to the Court's existing Pre-Trial Scheduling Order and set a case status and/or management conference, preferably in July 2009, or as soon thereafter as it is convenient for the Court, at which time the Parties and the Court can make a determination as to the appropriate

1

LOSANGELES 813581 (2K)

PDF created with pdfFactory trial version www.pdffactory.com

dates for all litigation deadlines, including new dates for a settlement conference and, if necessary, a trial;

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS, HEREBY RESPECTFULLY REQUEST AND STIPULATE AS FOLLOWS:

(1) That the dates currently in effect pursuant to the Court's existing Pre-Trial Scheduling Order be vacated, including the April 15, 2009 settlement conference and the September 14, 2009 trial date; and

(2) The parties shall file an updated joint status report on or before July 17, 2009. **(This entry Modified by the court)**

**IT IS SO STIPULATED**.

**Dated:** March 31, 2009          **WHITE & CASE LLP**

**By:** /S/ Thomas J. Benedict
            **Thomas J. Benedict**
            Attorneys for Defendant and Counter-Claimant
            KENDRICK HOOPER

**Dated:** March 31, 2009          **LAW OFFICES OF JOSEPH W. SCALIA**

**By:** /S/ Joseph Scalia (as authorized on March 31, 2009)
            **Joseph W. Scalia**
            Attorneys for Plaintiffs and Counter-
            Defendants

**Dated:** March 31, 2009          **LAW OFFICES OF SPENCER T. MALYSIAK**

**By:** /S/ Spencer T. Malysiak (as authorized on March 31, 2009)
            **Spencer T. Malysiak**
            Attorneys for Plaintiffs and Counter-
            Defendants

2

LOSANGELES 813581 (2K)

PDF created with pdfFactory trial version www.pdffactory.com

1   **Dated:** March 31, 2009    **LAW OFFICES OF ANTHONY J. POIDMORE**

2

3                       **By:**    /S/ Anthony J. Poidmore (as authorized on March 31, 2009)

                                   **Anthony J. Poidmore**

4                                    Attorneys for Plaintiffs and Counter-

5                                    Defendants

6       **IT IS SO ORDERED.**

7

  DATED:  March 31. 2009                         /s/ John A. Mendez

8                                          Hon. John A. Mendez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

LOSANGELES 813581 (2K)

PDF created with pdfFactory trial version www.pdffactory.com