**LAW OFFICES OF JOSEPH W. SCALIA**
**A Professional Law Corporation**
**Joseph W. Scalia, Esq.**
**State Bar No. 072526**
350 University Avenue, Suite 101
Sacramento, California  95825
Office:         (916) 646-8100
Facsimile:    (916) 646-8105
E-Mail:        jwscalia@sbcglobal.net

**LAW OFFICES OF ANTHONY J. POIDMORE**
**A Professional Law Corporation**
**Anthony J. Poidmore, Esq. (SBN 51346)**
3001 Lava Ridge Court, Suite 130
Roseville, California 95661
Telephone:    (916) 787-1290
Facsimile:    (916) 787-1293

**Spencer T. Malysiak**
**SPENCER T. MALYSIAK LAW CORP.**
**State Bar Number: 84654**
1180 Iron Point Road, Suite 145B
Folsom, California 95630
Telephone: (916) 985-4400
Facsimile:   (916) 985-0100

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA T. HOOPER AND LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN, RITA T. HOOPER, INDIVIDUALLY LOUIS G. HOOPER, INDIVIDUALLY GORDON HOOPER REAL ESTATE, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>KENDRICK HOOPER,<br><br>        Defendant. | Case No.: 2:08-CV-00699-JAM-KJM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY [F.R.C.P. 25(a)(1)]**<br><br>**Date:    September 9, 2009**<br>**Time:    9 a.m.**<br>**Dept:    6**<br>**Judge:   The Hon. John A. Mendez** |

|  |  |
|---|---|
| KENDRICK HOOPER, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| RITA T. HOOPER AND LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN; RITA T. HOOPER, INDIVIDUALLY; LOUIS G. HOOPER, INDIVIDUALLY; GORDON HOOPER REAL ESTATE, INC., | ) |
| Counter-Defendants. | ) |

Upon considering the motion of Plaintiffs Rita T. Hooper and Louis G. Hooper as Trustees of the Gordan Hooper Real Estate, Inc. Employees Pension and Profit Sharing Plan, Rita Hooper, individually, Louis G. Hooper, individually and the Gordon Hooper Real Estate, Inc. ("Hooper Real Estate") for an Order substituting Julie Ann Rackey, individually, as successor in interest to decedent defendant Kendrick E. Hooper and as successor trustee of the Kendrick E. Hooper Trust of 2009 U.D.T. dated March 18, 2009, the Court having considered the moving papers, files in the record, and good cause having been shown, rules as follows:

**IT IS HEREBY ORDERED** that Plaintiffs motion to substitute Julie Ann Rackey, individually as successor in interest to decedent defendant Kendrick E. Hooper and as successor trustee of the Kendrick E. Hooper Trust of 2009 U.D.T. dated March 18, 2009 is **GRANTED**.

**IT IS SO ORDERED:**

Dated:  September 9, 2009

/s/ John A. Mendez\
**THE HONORABLE JOHN A. MENDEZ**

PDF created with pdfFactory trial version www.pdffactory.com

**APPROVED AS TO FORM**

_____
**Attorney for Decedent Defendant/Counter-Claimant Kendrick Hooper**

PDF created with pdfFactory trial version www.pdffactory.com