**LAW OFFICES OF JOSEPH W. SCALIA**
**A Professional Law Corporation**
**Joseph W. Scalia, Esq.**
**State Bar No. 072526**
350 University Avenue, Suite 101
Sacramento, California  95825
Office:         (916) 646-8100
Facsimile:   (916) 646-8105
E-Mail:       jwscalia@sbcglobal.net

**Anthony J. Poidmore, Esq.**
**Law Offices of Anthony J. Poidmore**
**A Professional Law Corporation**
**State Bar No.:  51346**
3001 Lava Ridge Court, Suite 130
Roseville, California 95661
Telephone:   (916) 787-1290
Facsimile:    (916) 787-1293
E-Mail:         joblaw@poidmorelaw.com

**Spencer T. Malysiak, Esq.**
**Law Offices of Spencer T. Malysiak**
**State Bar No.:  84654**
1180 Iron Point Road, Suite 145B
Folsom, California  95630
Telephone:   (916) 985-4400
Facsimile:    (916) 985-0100
E-Mail:         spencer@malysiaklaw.com

**Attorneys for PLAINTIFFS/COUNTER-DEFENDANTS**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

/ / /

/ / /

| | |
|---|---|
| 1  RITA T. HOOPER and LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN; RITA T. HOOPER, individually; LOUIS G. HOOPER, individually; and GORDON HOOPER REAL ESTATE, INC., | Case No.: 2:08-CV-00699-JAM-KJM |

1 | RITA T. HOOPER and LOUIS G. HOOPER AS TRUSTEES OF THE GORDON HOOPER REAL ESTATE, INC. EMPLOYEES' PENSION AND PROFIT SHARING PLAN; RITA T. HOOPER, individually; LOUIS G. HOOPER, individually; and GORDON HOOPER REAL ESTATE, INC.,

Plaintiffs,

v.

KENDRICK HOOPER,

Defendant.

_____/

KENDRICK HOOPER,

Counter-Claimant,

v.

RITA T. HOOPER and LOUIS G. HOOPER as Trustees of the Gordon Hooper Real Estate, Inc. Employees' Pension and Profit Sharing Plan; RITA T. HOOPER and LOUIS G. HOOPER as Trustees of the Hooper Family Trust Dated October 9, 1979, as Amended; RITA T. HOOPER, individually; LOUIS G. HOOPER, individually; and GORDON HOOPER REAL ESTATE, INC.,

Counter-Defendants.

_____/

Case No.: 2:08-CV-00699-JAM-KJM

**PLAINTIFFS'/DEFENDANTS' STIPULATION RE: DISMISSAL WITH PREJUDICE**

Judge: Honorable John A. Mendez

Complaint filed: March 24, 2008

Plaintiffs/Counter-Defendants Rita T. Hooper and Louis G. Hooper as Trustees of the Gordon Hooper Real Estate, Inc. Employees' Pension and Profit Sharing Plan; Rita T. Hooper, Individually; Louis G. Hooper, Individually; and, Gordon Hooper Real Estate, Inc. (collectively "Plaintiffs"), and Defendant/Counter-Claimant Julie Ann Rackey, also known as Julie Ann Rackey Hooper, as successor in interest and successor trustee and beneficiary of the Kendrick E. Hooper Trust of 2009, U.D.T., dated March 18, 2009 ("the Hooper Trust") (collectively "Defendants"), having resolved and settled their disputes in the above captioned matter and pursuant to Rule 41(a) of the Federal Rule of Civil Procedure hereby stipulate and request the Court enter an order as follows:

/ / /

/ / /

**IT IS HEREBY STIPULATED**, that the Plaintiffs and Defendants hereby dismiss the Complaint and Counter-Claim in the above captioned action with prejudice and each party to this stipulation for dismissal with prejudice shall bear its own attorneys fees and costs incurred herein.

**IT IS SO STIPULATED.**

Dated:  January 5, 2010          **LAW OFFICES OF JOSEPH W. SCALIA, APC**

By:   /s/  Joseph W. Scalia
**Joseph W. Scalia, Esq.**
Attorney for Plaintiffs/Counter-Defendants

Dated:  January 4, 2010          By:   /s/  Glen C. Shea
**Glen C. Shea, Esq.**
Attorney for Defendants/Counter-Claimants

**IT IS SO ORDERED**.

DATED:  January 7, 2010          /s/ John A. Mendez
Honorable John A. Mendez